IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHNNA LEWIS o/b/o
W.B.S.                                                                                                    PLAINTIFF

     v.                                       CIVIL NO. 08-2014

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                            DEFENDANT

**O R D E R**

On this 4th day of September, 2009, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on August 12, 2009, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $3,303.72 representing 17.70 hours of work at a rate of $165.00 per hour and $383.22 in expenses.  Further, this award should be paid directly to plaintiff's counsel.  *Ratliff v. Astrue*, 540 F.3d 800, 802 (8th Cir. 2008).

This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

                                                         /s/Jimm Larry Hendren
                                                         HON. JIMM LARRY HENDREN
                                                         UNITED STATES DISTRICT JUDGE

**AO72A**
**(Rev. 8/82)**